UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STEPHANIE MCLEOD, individually and on behalf of all others similarly situated,

Plaintiff,

v.

ARAMARK SERVICES, INC., a foreign profit corporation; ARAMARK REFRESHMENT SERVICES LLC, a foreign limited liability company; ARAMARK HEALTHCARE SUPPORT SERVICES, LLC, a foreign limited liability company; ARAMARK EDUCATIONAL SERVICES, LLC, a foreign limited liability company; ARAMARK SPORTS AND ENTERTAINMENT SERVICES, LLC, a foreign limited liability company; ARAMARK MANAGEMENT SERVICES LIMITED PARTNERSHIP, a foreign limited partnership; ARAMARK CORRECTIONAL SERVICES, LLC, a foreign limited liability company; ARAMARK CAMPUS, LLC, a foreign limited liability company; ARAMARK FACILITY SERVICES, LLC, a foreign limited liability company; and ARAMARK MANAGEMENT, LLC, a foreign limited liability company,

Defendants.

Case No. 2:26-cv-04202-JHC

**STIPULATED MOTION AND ORDER SETTING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS**

NOTE ON MOTION CALENDAR:
November 10, 2026

Pursuant to Local Civil Rules 7(d)(1) and 10(g), Plaintiff, Stephanie McLeod and Defendants Aramark Services, Inc.; Aramark Refreshment Services LLC; Aramark Healthcare Support Services, LLC; Aramark Educational Services, LLC; Aramark Sports and Entertainment Services, LLC; Aramark Management Services Limited Partnership; Aramark Correctional Services, LLC; Aramark Campus, LLC; Aramark Facility Services, LLC; and Aramark Management, LLC ("Defendants"), (collectively, "the Parties"), by and through their respective counsel, hereby STIPULATE AND AGREE, and jointly move the Court, to establish a briefing schedule for Defendants' pending motion to dismiss as follows:

1. Defendants filed a motion to dismiss on November 6, 2026. Dkt. #5.

2. To allow sufficient time for the Parties to fully brief the motion while accommodating the upcoming holidays, the Parties stipulate and agree to the following briefing schedule:

| EVENT | DEADLINE |
|---|---|
| Plaintiff's Opposition to Motion to Dismiss | December 9, 2026 |
| Defendants' Reply in Support of Motion to Dismiss | December 23, 2026 |
| Noting Date for Motion to Dismiss | December 23, 2026 |

3. The requested modification is made in good faith, is not sought for purposes of delay, and will not prejudice either Party.

4. The Parties respectfully request that the Court approve the proposed briefing schedule set forth above and renote Defendants' motion to dismiss (Dkt. #5) for December 23, 2026.

5. Nothing in this stipulation waives any argument or defense available to any Party.

IT IS SO STIPULATED.

DATED: November 10, 2026.

**EMERY | REDDY, PC**

By: *s/Timothy W. Emery*
Timothy W. Emery, WSBA #34078
Patrick B. Reddy, WSBA #34092
Paul Cipriani, WSBA #59991
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106
Email: emeryt@emeryreddy.com
reddyp@emeryreddy.com
paul@emeryreddy.com

*Attorneys for Plaintiff*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/Damon C. Elder*
Damon C. Elder, WSBA #46754
Andrew DeCarlow, WSBA #54471
Jessica M. Cox, WSBA #53027
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: damon.elder@morganlewis.com
andrew.decarlow@morganlewis.com
jessica.cox@morganlewis.com

*Attorneys for Defendants*

**ORDER**

Based on the foregoing stipulation, IT IS HEREBY ORDERED that the briefing schedule for Defendants' motion to dismiss (Dkt. #5) is as follows:

1. Plaintiff shall file any opposition to Defendants' motion to dismiss on or before December 9, 2026.
2. Defendants shall file any reply in support of their motion to dismiss on or before December 23, 2026.
3. The Clerk is DIRECTED to re-note Defendants' motion to dismiss (Dkt. # 5) for consideration on December 23, 2026.

IT IS SO ORDERED.

DATED this 10th day of November, 2026.

John H. Chun

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE