UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STEPHANIE MCLEOD, individually and on behalf of all others similarly situated,

Plaintiff,

v.

ARAMARK SERVICES, INC., a foreign profit corporation; ARAMARK REFRESHMENT SERVICES LLC, a foreign limited liability company; ARAMARK HEALTHCARE SUPPORT SERVICES, LLC, a foreign limited liability company; ARAMARK EDUCATIONAL SERVICES, LLC, a foreign limited liability company; ARAMARK SPORTS AND ENTERTAINMENT SERVICES, LLC, a foreign limited liability company; ARAMARK MANAGEMENT SERVICES LIMITED PARTNERSHIP, a foreign limited partnership; ARAMARK CORRECTIONAL SERVICES, LLC, a foreign limited liability company; ARAMARK CAMPUS, LLC, a foreign limited liability company; ARAMARK FACILITY SERVICES, LLC, a foreign limited liability company; and ARAMARK MANAGEMENT, LLC, a foreign limited liability company,

Defendants.

Case No. 2:26-cv-04202-JHC

**ORDER**

This matter comes before the Court on its November 6, 2026 Order to Show Cause. Dkt. 9. The Court thanks the parties for their responses at Dkts. 10 & 11. Upon review of those responses, the Court concludes that Defendants have not met their burden of alleging that Plaintiffs have Article III standing. *See, e.g.*, *Martinez, et al. v. United Natural Foods West, Inc., et al.*, No. 2:26-cv-02511-JHC, Dkt. 26 (W.D. Wash. Nov. 16, 2026).

The Court thus REMANDS this matter to King County Superior Court and DIRECTS the Clerk to mail a copy of this Order to the state court. The Court also DIRECTS the Clerk to terminate the motion to dismiss at Dkt. 5.

DATED this 24th day of November, 2026.

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE